

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>MARIA G. BOTELHO,<br>    Debtor | Ch. 7<br><br>22-11475-CJP |

### ORDER

The Motion for Relief from the Automatic Stay [#11] (the "Motion") of U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust as serviced by Rushmore Loan Management Services LLC (the "Movant") having come before the Court, due notice appearing to have been given, no objection thereto having been filed, and good cause appearing therefor, it is hereby ORDERED that:

1) The Movant, including its successors and assigns, is granted relief from the automatic stay provisions of 11 U.S.C. § 362 to allow it to exercise its rights under its mortgage to conduct a foreclosure sale with respect to the property located at 74 Bay Street New Bedford, MA 02740, as more particularly described in the Motion, and apply the proceeds from any sale of such property to the debtor's loan balance secured by such mortgage, and, if necessary, bring eviction proceedings against the debtor, all in accordance with applicable state and federal law.

2) The Movant shall provide the trustee and the debtor with an accounting regarding the sale within 30 days of the sale and all surplus funds after satisfaction of Movant's mortgage, if any, obtained by the Movant shall be remitted to the trustee upon written request by the trustee or as may be directed by further order of the Court absent written direction provided by the trustee.

Dated: 11/30/2022

By the Court,

Christopher J. Panos
United States Bankruptcy Judge